UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 16-CV-12452-GAO

JOHN R. CORCORAN,

   Plaintiff,

          v.

CITY OF BOSTON; SGT. BUCKLEY; and OFFICER JIMMY GIRALDO,

   Defendants.

### DEFENDANT JIMMY GIRALDO'S ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

The Defendant, Officer Jimmy Giraldo (hereinafter "Defendant"), hereby responds to each numbered paragraph of the Plaintiff's Complaint as follows:

### PARTIES

1. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The Defendants admits the allegations contained in this paragraph.

4. The Defendant admits the allegations contained in this paragraph to the extent it alleges Sgt. Buckley works for the Boston Police Department.  The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

## JURISDICTION AND VENUE

5. The Defendant states that this paragraph contains only legal conclusions regarding jurisdiction and venue and no facts; therefore no response is required.

6. The Defendant states that this paragraph contains only legal conclusions regarding jurisdiction and venue and no facts; therefore no response is required.  The Defendant admits that he resides within Massachusetts.

## FACTS COMMON TO ALL COUNTS

7. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

10. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15. The Defendant admits the allegations contained in this paragraph to the extent it alleges that the Defendant and another Boston police officer arrived on Durham Street. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

16. This paragraph contains only legal conclusions, therefore no response is required.

17. The Defendant denies the allegations contained in this paragraph.

18. The Defendant admits the allegations contained in this paragraph to the extent it alleges that the Defendant heard Mr. Mustard scream in pain and the Defendant ordered Plaintiff not to touch Mr. Mustard.  The Defendant denies remaining allegations contained in this paragraph.

19. The Defendant denies the allegations contained in this paragraph.

20. The Defendant denies the allegations contained in this paragraph.

21. The Defendant denies the allegations contained in this paragraph.

22. The Defendant admits the allegations contained in this paragraph to the extent it alleges that at one point Plaintiff asked the Defendant for his badge number.

23. The Defendant denies the allegations contained in this paragraph.

24. The Defendant denies the allegations contained in this paragraph.

25. The Defendant denies the allegations contained in this paragraph.

26. The Defendant denies the allegations contained in this paragraph.

27. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. The Defendant denies the allegations contained in this paragraph.

29. The Defendant admits the allegations contained in this paragraph to the extent it alleges that Plaintiff was transported to a police station and booked. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

## MONEL CLAIM AND SUPERVISOR LIABILITY FACTS

30. The Defendant denies the allegations contained in this paragraph.

31. The Defendant admits the allegations contained in this paragraph to the extent it alleges that additional officers arrived at Durham Street, including Sgt. Buckley, who was the ranking officer present. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

32. The Defendant admits the allegations contained in this paragraph.

33. The Defendant denies the allegations contained in this paragraph.

34. The Defendant denies the allegations contained in this paragraph to the extent it alleges that the Defendant made an unlawful arrest or made false statements. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

35. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

36. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

37. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

38. The Defendant admits the allegations contained in this paragraph to the extent it alleges that after Plaintiff's arrest, the Defendant submitted a police report. The Defendant denies that this report included false statements. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

39. The Defendant denies the allegations contained in this paragraph.

40. The Defendant denies the allegations contained in this paragraph.

41. The Defendant denies the allegations contained in this paragraph.

42. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43. The Defendant denies the allegations contained in this paragraph to the extent it alleges that the Defendant engaged in egregious conduct. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

44. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

45. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

46. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

47. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

49. The Defendant denies the allegations contained in this paragraph.

50. The Defendant denies the allegations contained in this paragraph.

51. The Defendant states that this paragraph contains only legal conclusions regarding jurisdiction and venue and no facts; therefore no response is required.

52. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

53. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

54. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

56. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

57. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

58. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

59. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

60. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

61. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

62. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

63. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

64. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

65. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

66. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

67. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

68. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

69. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

70. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

71. The Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

72. The Defendant denies the allegations contained in this paragraph.

73. The Defendant denies the allegations contained in this paragraph.

**COUNT ONE**
**VIOLATION OF 42 U.S.C., § 1983**
**<u>AGAINST GIRLADO</u>**

74. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 73 above.

75. The Defendant states that this paragraph contains only legal conclusions regarding jurisdiction and venue and no facts; therefore no response is required.

76. The Defendant denies the allegations contained in this paragraph.

77. The Defendant denies the allegations contained in this paragraph.

78. The Defendant denies the allegations contained in this paragraph.

79. The Defendant denies the allegations contained in this paragraph.

**COUNT TWO**
**VIOLATION OF 42 U.S.C., § 1983**
**<u>AGAINST CITY OF BOSTON</u>**

80. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 79 above.

81. The Defendant denies the allegations contained in this paragraph.

82. The Defendant denies the allegations contained in this paragraph.

83. The Defendant denies the allegations contained in this paragraph.

**COUNT THREE**
**VIOLATION OF 42 U.S.C., § 1983**
**SUPERVISOR LIABILITY AGAINST SGT. BUCKLEY**

84. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 83 above.

85. The Defendant states that this paragraph contains only legal conclusions regarding jurisdiction and venue and no facts; therefore no response is required.

86. The Defendant denies the allegations contained in this paragraph.

87. The Defendant denies the allegations contained in this paragraph.

88. The Defendant denies the allegations contained in this paragraph.

89. The Defendant denies the allegations contained in this paragraph.

90. The Defendant denies the allegations contained in this paragraph.

**COUNT FOUR**
**VIOLATION OF MASSACHUSETTS CIVIL RIGHTS ACT**
**AGAINST GIRLADO**

91. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 90 above.

92. The Defendant denies the allegations contained in this paragraph.

93. The Defendant denies the allegations contained in this paragraph.

**COUNT FIVE**
**RETALIATION AGAINST CONSTITUTIONALLY**
**PROTECTED SPEECH IN VIOLATION OF 42 U.S.C. §1983**
**AGAINST GIRLADO**

94. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 93 above.

95. The Defendant denies the allegations contained in this paragraph.

96. The Defendant denies the allegations contained in this paragraph.

97. The Defendant denies the allegations contained in this paragraph.

98. The Defendant denies the allegations contained in this paragraph.

## COUNT SIX
## FALSE IMPRISONMENT
## AGAINST GIRLADO

99. Defendant Giraldo repeats and realleges herein his answers to paragraphs 1 through 98 above.

100. The Defendant denies the allegations contained in this paragraph.

101. The Defendant denies the allegations contained in this paragraph.

WHEREFORE, Defendant Giraldo demands that judgment be entered in his favor with interest, fees and costs awarded to him.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Each of the claims included within Plaintiff's Complaint should be dismissed for failure to state a claim upon which relief may be granted.

### Second Affirmative Defense

The Defendant isentitled to qualified immunity and are therefore immune from liability.

### Third Affirmative Defense

The Defendant is immune from suit pursuant to each of the subsections within M.G.L. c. 258.

### Fourth Affirmative Defense

Plaintiff's injuries and or damages, if any, were proximately caused by his own negligent or intentional conduct and/or by the conduct of others, and not by the conduct of the Defendants.

### Fifth Affirmative Defense

The Defendants acts and conduct were performed according to, and protected by, law and/or legal process, and therefore, they are absolutely immune from liability.

### JURY DEMAND

THE DEFENDANT OFFICER JIMMY GIRALDO DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

Respectfully submitted,

The Defendant,
Jimmy Giraldo,
By his attorney,

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
eouellette@bhpklaw.com

Dated: April 27, 2017

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

*/s/ Evan C. Ouellette*
Evan C. Ouellette, BBO #655934

Dated: April 27, 2017