UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-cv-12452-GTO

| | |
|---|---|
| JOHN R. CORCORAN,<br>           Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, SGT. BUCKLEY, and<br>OFFICER JIMMY GIRALDO<br>           Defendants. | |

**CITY OF BOSTON'S RULE 68 OFFER OF JUDGMENT**

In accordance with Rule 68 of the Federal Rules of Civil Procedure, the City of Boston, hereby offers to allow judgment to enter against it in the action in the total sum of Sixty Thousand Dollars ($60,000) for any and all claims, damages and injuries that Plaintiff allegedly suffered as a result of the incident set forth in Plaintiff's Complaint in the above captioned matter.  This Offer of Judgment is inclusive of all claims, interest, costs, and attorneys' fees that have accrued or that may be assessed by the Court and is further contingent upon: (i) judgment entering against the City of Boston; and (ii) that all claims against co-defendants Sgt. Buckley and Officer Jimmy Giraldo, in their individual and official capacities, be dismissed with prejudice.

This offer is not an admission of liability by Defendants, but made for the purposes specified in Fed. R. Civ. P. 68 and is intended to compromise a disputed claim.  Pursuant to Rule 68(a), Plaintiff may serve written notice accepting this offer within fourteen (14) days of service of this Offer of Judgment.  If no response if served within fourteen (14) days, the Offer of Judgment will be deemed to have been withdrawn.

If the judgment, exclusive of interest from the date of this Offer of Judgment, is not more favorable than the amount offered herein, Plaintiff will be liable for the costs incurred, inclusive of attorneys' fees, after the making of the Offer of Judgment.

This Offer of Judgment shall not be filed with the Court unless accepted in the time prescribed or in a proceeding to determine costs.

Respectfully submitted:

Dated: June 1, 2017

DEFENDANT CITY OF BOSTON

By its attorneys,

Eugene L. O'Flaherty
Corporation Counsel

_/s/ Nieve Anjomi_
Nieve Anjomi (BBO#651212)
Katherine Galle (BBO#691660)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4034
Nieve.Anjomi@boston.gov
Katherine.Galle@boston.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by U.S. Mail.

June 1, 2017                        _/s/ Nieve Anjomi_
Date                                Nieve Anjomi